I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/30/08

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN, | Case No. CV 08-2112-AHS (RNB) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| STEVEN ANDELSON, | |
| Defendant. | |

Plaintiff filed this pro se civil rights action on March 28, 2008, after prepaying the full filing fee. Per a Minute Order issued April 3, 2008, plaintiff was advised that, under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be accomplished on each named defendant within 120 days after the filing of the complaint; and that the 120-day period would expire on July 26, 2008. Further, plaintiff was warned that her failure to effectuate proper service by that date might result in the dismissal of the action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff could show good cause for extending the time for service.

To date, no proof of service has been filed, and therefore it appears that the sole named defendant has not been served. Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1,

IT IS ORDERED that, on or before **August 29, 2008**, plaintiff shall show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff under penalty of perjury. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for her failure to timely serve, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute.** See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); see also Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: July 30, 2008

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE