I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/24/08

_____
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ANDELSON,<br><br>Defendant. | Case No. CV 08-2112-AHS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: NOV 20 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE